IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SEAN RAYMOND COX**                                                     **PLAINTIFF**

V.                                     4:18CV00384 JM

**KAREN LUNEAU, et al,**                                             **DEFENDANTS**

## ORDER OF DISMISSAL

According to the Motion for Voluntary Dismissal with Prejudice, the parties have settled this action.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 5th day of June, 2019.

_____
James M. Moody Jr.
United States District Judge